UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLENE-JANNISE CHAPLIN,

                              Plaintiff,

          -against-

CHELSEA MASSACHUSETTS, et al.,

                              Defendants.

24-CV-1827 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 20, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:   May 20, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge